CLOSED

# U.S. District Court
# Western District of Louisiana (Lafayette)
# CRIMINAL DOCKET FOR CASE #: <u>6:18−mj−00108−CBW</u> All Defendants

Case title: USA v. Ventroy  
Other court case number: 3:18−cr−182 Southern District of Mississippi

Date Filed: 10/05/2018  
Date Terminated: 10/05/2018

Assigned to: Magistrate Judge Carol B Whitehurst

### Defendant (1)

**Tawasky Ventroy**  
*TERMINATED: 10/05/2018*

represented by **John S McLindon**  
Walters Papillion et al  
12345 Perkins Rd Bldg 2 Ste 202  
Baton Rouge, LA 70810  
225−408−0362  
Fax: 225−236−3650  
Email: mclindon@lawbr.net  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Charges Originating in SD/MS 18:371.F – Conspiracy, 18:666C.F – Bribery Involving Federal Programs | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Robert Chase Abendroth**<br>U S Attorneys Office (LAF)<br>800 Lafayette St Ste 2200<br>Lafayette, LA 70501<br>337–262–6618<br>Fax: 337–262–6680<br>Email: robert.abendroth@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/04/2018 | | | ARREST (Rule 5(c)(2)) of Tawasky Ventroy (1). (crt,YocumSld, M) (Entered: 10/05/2018) |
| 10/04/2018 | 1 | | SEALED RULE 40 or 5(c)(3) Charging Documents Received from Southern District of Mississippi, their Case Number 3:18–cr–182, as to Tawasky Ventroy (1). (Attachments: # 1 Motion, # 2 Order on Motion) (crt,YocumSld, M) (Entered: 10/05/2018) |
| 10/04/2018 | 2 | 3 | MINUTES for proceedings held before Magistrate Judge Carol B Whitehurst: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Tawasky Ventroy (1) held on 10/4/2018. Defendant waived identity and preliminary hearings. Defendant is ordered to surrender his passport within 24 hours to the Clerk of Court and not obtain a new one. Defendant ordered to appear in Southern District of Mississippi on 10/16/2018 at 1:30 pm before Magistrate Judge Linda Anderson in Jackson, MS for further proceedings. Defendant released on a $5,000 Unsecured Appearance Bond. (Court Reporter: LCR, Lafayette – Courtroom 6) (crt,YocumSld, M) (Entered: 10/05/2018) |
| 10/04/2018 | 3 | 5 | WAIVER of Rule 5 & 5.1 Hearings by Tawasky Ventroy (1). (crt,YocumSld, M) (Entered: 10/05/2018) |
| 10/04/2018 | 4 | 6 | ORDER REQUIRING DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL as to Tawasky Ventroy (1). Defendant to appear in SD/MS Jackson on 10/16/2018 at 1:30 pm. Signed by Magistrate Judge Carol B Whitehurst on 10/4/2018. (crt,YocumSld, M) (Entered: 10/05/2018) |
| 10/04/2018 | 5 | 7 | APPEARANCE BOND Entered as to Tawasky Ventroy (1) in amount of $ 5,000 Unsecured Bond. Signed by Magistrate Judge Carol B Whitehurst on 10/4/2018. (crt,YocumSld, M) (Entered: 10/05/2018) |
| 10/04/2018 | 6 | 9 | ORDER Setting Conditions of Release as to Tawasky Ventroy (1) $5,000 Unsecured Bond. Signed by Magistrate Judge Carol B Whitehurst on 10/4/2018. (crt,YocumSld, M) (Entered: 10/05/2018) |
| 10/05/2018 | 7 | 12 | ARREST WARRANT Returned Executed on 10/04/2018 in case as to Tawasky Ventroy (1) and document filed under seal. (crt,YocumSld, M) (Entered: 10/05/2018) |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**UNITED STATES OF AMERICA**           CASE NO. 6:18-MJ-00108-

**VERSUS**                              **MAGISTRATE JUDGE WHITEHURST**

**TAWASKY VENTROY**

## MINUTES OF COURT:
### Initial Appearance

| Date: | October 04, 2018 | Presiding: Magistrate Judge Carol B. Whitehurst |
|---|---|---|
| Court Opened: | 3:37 PM | Courtroom Deputy: Christina Chicola |
| Court Adjourned: | 3:49 PM | Court Reporter: LCR |
| Statistical Time: | 00:12 | Courtroom: CR6 |
| | | Probation Officer: Michael Christy |

### APPEARANCES

| Robert Abendroth (AUSA) | For | United States of America |
| John McLindon (Retained) | For | Tawasky Ventroy (Defendant) |
| Tawasky Ventroy | | Defendant |

### PROCEEDINGS

**BEFORE COURT OPENED:**
Defendant Interviewed by Pretrial Services Officer
Defendant Provided with Charging Document(s)
Pretrial Services Report Provided to Defendant

**INITIAL APPEARANCE:**
Initial Appearance on an Arrest Warrant from **Southern District of Mississippi (Jackson Division)**
Defendant Sworn
Defendant Advised of Charges, Maximum Penalties & Rights
Identity Hearing: Waived
Preliminary Hearing: Waived

**PASSPORT:**

IT IS ORDERED that defendant surrender his/her passport within 24 hours to the Clerk of Court and IT IS FURTHER ORDERED that the defendant not obtain a new one.

**NEXT**:

Defendant is ordered to appear in the Southern District of Mississippi on October 16, 2018 at 1:30 PM before Magistrate Judge Linda Anderson in Jackson, Mississippi at 501 E Court St, 6th Floor, Courtroom 6D for further processing.

**BOND**:

Bond Set: $5,000 Unsecured Appearance Bond signed (AO98)
Order setting conditions of release signed (Modified AO199)

**FILINGS**:
Appearance Bond (AO98)
Order Setting Conditions of Release (Modified AO199)
Waiver of Rule 5 and 5.1 Hearings (AO466A)
Order Requiring Defendant to Appear in District Where Charges are Pending (AO 467)

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT 04 2018
TONY R. MOORE, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 6:18-MJ-00108 |
| TAWASKY VENTROY | ) |
| | ) Charging District's Case No. 3:18-CR-182-2 |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*    Southern District of Mississippi   .

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10-4-18

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

JOHN McLINDON
*Printed name of defendant's attorney*

5

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT 0 4 2018
TONY R. MOORE, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 6:18-MJ-00708 |
| TAWASKY VENTROY | ) | |
| | ) | Charging District: Southern District of Mississippi |
| Defendant | ) | Charging District's Case No. 3:18-CR-182-HTW-LRA-2 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Thad Cochran U.S. Courthouse<br>501 E Court St<br>Jackson, MS 39201 | Courtroom No.: 6th Floor, CRM 6D |
|---|---|
| | Date and Time: 10/16/2018 1:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Oct. 4, 2018

_____
Judge's signature

Carol B. Whitehurst, U.S. Magistrate Judge
*Printed name and title*

6

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
AO 98 (Rev. 12/11 CEA Appearance Bond

OCT 0 4 2018
TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
| TAWASKY VENTROY | ) Case No. 6:18-MJ-00108 |
| | ) |
| Defendant | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, **TAWASKY VENTROY** _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ✗ ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ **5,000**.

(   ) (3) This is a secured bond of $ _____, secured by:

    (   ) (a) $ _____, in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)_:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety)_:

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 10-4-18

_____
*Defendant's signature*

_____ _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____ _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

_____ _____
*Surety/property owner – printed name*    *Surety/property owner – signature and date*

CLERK OF COURT

Date: 10/4/2018

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 10/4/18

_____
*Judge's signature*

8

Case 3:18-cr-00288-BWD-RAM Document 160 Filed 10/05/18 Page 9 of 12
Case 6:18-mj-00108-WW Document 6 Filed 10/04/18 Page 1 of 3 PageID 18

AO 199A (Rev. 12/11) Order Setting Conditions of Release  Page 1 of 3 Pages

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 4 2018

TONY R. MOORE, CLERK
BY _____
           DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
| TAWASKY VENTROY | ) Case No. 6:18-MJ-00108 |
|  | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

9

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
 Custodian   Date

( ) (7) The defendant must:
( ) (a) submit to supervision by and report for supervision to the _____,
telephone number _____, no later than _____.
( ) (b) continue or actively seek employment.
( ) (c) continue or start an education program.
( X ) (d) surrender any passport to: United States Clerk of Court
( X ) (e) not obtain a passport or other international travel document.
( X ) (f) abide by the following restrictions on personal association, residence, or travel: Travel restricted to the Continental United States.
( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
( ) (h) get medical or psychiatric treatment: _____
( ) (i) return to custody each _____ at ____ o'clock after being released at ____ o'clock for employment, schooling, or the following purposes: _____
( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( X ) (k) not possess a firearm, destructive device, or other weapon.
( ) (l) not use alcohol ( ) at all ( ) excessively.
( ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
  ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
( ) (q) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( ) (s) _____

AO 199C (Rev. 09/08) Advice of Penalties          Page 3 of 3 Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
 (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
 (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Lafayette, LA
_____
*City and State*

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 10/4/18          _____
*Judicial Officer's Signature*

Carol B. Whitehurst, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

18-mj-00108

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Tawasky Ventroy (Wherever Found) | ) ) | Case No. 3:18-cr-182-HTW-LRA-2 |
| Defendant | ) ) | **SEALED** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Tawasky Ventroy

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
* Conspiracy
* Bribery Involving Federal Programs

ARTHUR JOHNSTON, CLERK

Date: 09/20/2018

*N. Dean*

*Issuing officer's signature*

City and state: Jackson, MS

N. Dean, Deputy Clerk

*Printed name and title*

**Return**

This warrant was received on *(date)* 09/27/2018, and the person was arrested on *(date)* 10/04/2018
at *(city and state)* Opelousas, LA

Date: 10/04/2018

*Arresting officer's signature*

Aaron J. Morgan Sr. Special Agent/FBI

*Printed name and title*

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT - 5 2018

TONY R. MOORE, CLERK
BY _____ DEPUTY

12