# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **versus** | : | **CRIMINAL NO. 18-cr-182-HTW-LRA** |
| | : | |
| **TAWASKY VENTROY** | : | |

## <u>NOTICE OF INTENT TO ENTER GUILTY PLEA</u>

Defendant, Tawasky Ventroy, through undersigned counsel, respectfully notifies this

Court and United States Attorney's Office of his intent to enter a guilty plea to a charge brought

against him by the government.

Respectfully submitted, this 12th day of August, 2019.


**RESPECTFULLY SUBMITTED**
**BY ATTORNEYS:**


| | |
|---|---|
| __/s/John S. McLindon _____ | /s/ Aafram Y. Sellars _____ |
| **JOHN S. McLINDON, Of Counsel** | **AAFRAM Y. SELLARS** |
| LA Bar Roll No. 19703 | MS Bar Roll Number 100261 |
| Law Office of John S. McLindon | Sellars & Associates, LLC |
| 12345 Perkins Road, Bldg. 2, Suite 202 | 395 Edgewood Terrace Drive |
| Baton Rouge, Louisiana 70810 | Jackson, Mississippi 39206 |
| Phone: (225) 408-0362 | Phone: (601) 352-0102 |
| Fax: 1 (877) 241-2631 | Fax: (601) 352-0106 |
| Email: McLindon@lawbr.net | Email: aafram@sellarslawfirm.net |
| PRO HAC VICE | *Counsel for Tawasky Ventroy* |
| *Counsel for Tawasky Ventroy* | |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **versus** | : | **CRIMINAL NO. 18-cr-182-HTW-LRA** |
| | : | |
| **TAWASKY VENTROY** | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Intent to Enter*

*Guilty Plea* was filed electronically with the Clerk of Court using the CM/ECF system and was

served upon all counsel of record via the court's electronic filing system.

Baton Rouge, Louisiana this 12th day of August, 2019.


**RESPECTFULLY SUBMITTED**
**BY ATTORNEYS:**


__/s/John S. McLindon_____          /s/ Aafram Y. Sellars_____
**JOHN S. McLINDON, Of Counsel**          **AAFRAM Y. SELLARS**
LA Bar Roll No. 19703                    MS Bar Roll Number 100261
Law Office of John S. McLindon           Sellars & Associates, LLC
12345 Perkins Road, Bldg. 2, Suite 202   395 Edgewood Terrace Drive
Baton Rouge, Louisiana 70810             Jackson, Mississippi 39206
Phone: (225) 408-0362                    Phone: (601) 352-0102

Fax: 1 (877) 241-2631                    Fax: (601) 352-0106
Email: McLindon@lawbr.net                Email: aafram@sellarslawfirm.net
PRO HAC VICE                             *Counsel for Tawasky Ventroy*
*Counsel for Tawasky Ventroy*